

**IN THE**
**TENTH COURT OF APPEALS**

——————————

**No. 10-20-00131-CR**

**EX PARTE VASHAUN XAVIER SCOTT**

——————————

**Original Proceeding**

——————————

**MEMORANDUM OPINION**

——————————

Vashaun Xavier Scott has filed an original "Emergency Petition for Writ of Habeas Corpus for Bail Pending Appeal" in this Court. "We do not have original habeas corpus jurisdiction in criminal law matters." *See Ex parte Ustick*, 9 S.W.3d 922, 924 (Tex. App.—Waco 2000, orig. proceeding) (citing *Ex parte Hawkins*, 885 S.W.2d 586, 588 (Tex. App.—El Paso 1994, orig. proceeding)); *see also Ramirez v. State*, 36 S.W.3d 660, (Tex. App.—Waco 2001, pet. ref'd) ("Most notable of the matters over which the courts of appeals do not have jurisdiction are appeals of death penalty convictions, the authority to set aside a final felony conviction, and no original jurisdiction of any criminal habeas corpus

proceeding."). Accordingly, we dismiss Scott's "Emergency Petition for Writ of Habeas

Corpus for Bail Pending Appeal."

 

 

JOHN E. NEILL
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Neill
Dismissed
Opinion delivered and filed May 6, 2020
Do not publish
[CRPM]

